UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE EARL HOWELL,<br><br>Plaintiff,<br><br>v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>Defendants. | No. 2:18-cv-2342 CKD P<br><br><br><br>ORDER |

Plaintiff has filed a document which appears to indicate that he would like to initiate a law suit concerning his conditions of confinement in Fresno County. Good cause appearing, and pursuant to Local Rule 120(f) which permits the court to transfer a civil action which has not been commenced in the proper division of the court to the other, this action will be transferred to the Fresno Division.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

/////

/////

/////

/////

1

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

      United States District Court
      Eastern District of California
      2500 Tulare Street
      Fresno, CA 93721

Dated: August 30, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/bh
howe2342.22

2